# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES GARRICK,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 11-00222-CG-N |
| **SCOTCH PLYWOOD, et al.,** | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on the Report and Recommendation of the Magistrate Judge (Doc. 19) on plaintiff's motion to remand (Doc. 11) and Scotch Plywood's Motion to Sever and Remand Count 1 (Doc. 7). The Magistrate Judge recommends that the plaintiff's motion to remand be granted, and that Scotch Plywood's motion be deemed moot. Defendant Artis Ray Powe, d/b/a A&B Trucking, filed an objection to the Report and Recommendation, stating that the Magistrate Judge failed to address Defendant Powe's argument that the Worker's Compensation claim against Scotch Plywood should be severed and remanded, and the tort claim against Powe should be maintained in this court. The problem with this proposition is that the court must determine whether or not it has jurisdiction at the time of removal, not at some subsequent time in the lawsuit. In order to sever a claim (or take any other action other than remand), the court must have jurisdiction over the case. However, as the Magistrate Judge found, this court does not have jurisdiction, because the parties are not completely diverse.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 14, 2011, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that plaintiff's motion to remand the entire case is **GRANTED** and the motion filed by Defendant Scotch Plywood, Inc., to sever and remand is **MOOT**. The Clerk is hereby directed to take such steps as are necessary to transfer this action to the Circuit Court of Clarke County, Alabama, from whence it was removed.

**DONE and ORDERED** this 6th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE